# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHRISTOPHER JACKSON,**

    *Petitioner*,

v.                                                    **Case No.: 4:22cv139-MW/ZCB**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus under 28 U.S.C. § 2254, ECF No. 1, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on March 21, 2025.**

                                                 s/Mark E. Walker_____
                                                 **Chief United States District Judge**